Tony Tremayne Lewis ("98308")
Name

EL Dorado Correctional Facility - PO Box 311

EL Dorado Kansas 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Tony Tremayne Lewis (98308), Plaintiff
*(Full Name)*

V.

Kansas Department of Corrections Defendant(s)

Shawn R Chastain; Alexander Owens; Jeff Zmuda;...
(being sued in their individual capacities)

CASE NO. 23-3236-JWL
*(To be supplied by the Clerk)*

2nd (Amended)
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Tony Tremayne Lewis *(Plaintiff)*, is a citizen of Kansas *(State)* who presently resides at EL Dorado Correctional Facility *(Mailing address or place* EL Dorado, Kansas 67042 *of confinement.)*

2) Defendant Shawn R. Chastain *(Name of first defendant)* is a citizen of EL Dorado Kansas *(City, State)*, and is employed as CSI Correctional Officer @ EDCF *(Position and title, if any)*. At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

This Defendant was working for the state as a state official during the omission of each constitutional violation.

XE-2 8/82                  CIVIL RIGHTS COMPLAINT §1983                                    1

3) Defendant __Alexander Owens__ is a citizen of
   (Name of second defendant)

__El Dorado, Kansas__, and is employed as
   (City, state)

__C3l or COll Correctional officer @ EDCF__. At the time the
   (Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

__This Defendant was a working state official during the omission of these adverse actions aganist the Plaintiff.__

(Use the back of this page to furnish the above information for additional defendants.)

   *See back of page for additional Defendants*

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

---

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

__During the years of 2021-2023 this Plaintiff was retaliated aganist and harassed through unconstitutional adverse actions. He comes now compiling those (additional) consolidated claims in this 1983 Bivens action.__

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

2

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count 7: The Plaintiff's federal rights under the 8th, 14th, and the 1st Amendments of the United States Constitution were violated. These adverse actions stemmed from an assault prison officials subjected the Plaintiff.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

(See attached document)

B) (1) Count 8: The Plaintiff's 1st, 8th, and 14th amendments of the United States Constitution were violated. when the Plaintiff was denied adequate dinner and remedy was not given as he requested.

(2) Supporting Facts: See additional facts on attached document

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                3

C) (1) ~~Count~~ Count 9: The Plaintiff's federal rights were violated by the Kansas Department of Corrections on multiple occassions.

(2) Supporting Facts: See attached document for reasons of KDOC's liability

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____all administrative relief attempts were denied for erroneous_____
_____reasons._____

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_____Injunctive relief_____
_____Compensatory damages_____
_____and Punitive damage from each defendant_____

_____N/A_____                    _____[signature]_____
Signature of Attorney (if any)       Signature of Plaintiff
_____Appointment of Civil attorney is needed_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82      CIVIL RIGHTS COMPLAINT §1983

# DISCIPLINARY REPORT

Attachment B, IMPP 11-119
Effective: 12-11-13

**El Dorado Correctional Facility**
(FACILITY)

Case no: 23-3236-JWL
**Exhibit Y1**

| Case No. 23-03-205 | Date of Alleged Violation: 03/16/23 | Time: 2028 | ☐ A.M. ☒ P.M. |
| --- | --- | --- | --- |
| Date This Report Written: 03/17/23 | | Time: 0030 | ☒ A.M. ☐ P.M. |

| Name of Inmate: | **LEWIS** | **TONY** | | No.: #98308 |
| --- | --- | --- | --- | --- |
| | LAST | FIRST | MI | |
| Duty Assignment: | N/A | | | Cell No.: B2-151 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-301, Fighting, Class I.

**FACTS:** On March 16, 2023 at approximately 2028, I COI Owens conducted med pass in B2. While waiting near cell 139, I heard what sounded like banging and sounds of impact in cell 151. As I approached the cell, I could see Offender Briscoe #66034 in a struggle, striking offender Lewis #98308 who was pressed against the cell door, covering his face and attempting to push offender Briscoe away. I gave the offenders an order to stop to which they complied, and I restrained both offenders. I am charging Offender Lewis with 44-12-301, Fighting, a Class I Offense.

10 days to reply - March 31st 2023

#237499842
Staff Witness: 'E form 9 to Hussey
#237511652 - E form 9 to Perkins

(Attach Additional Sheet(s) if necessary)

X _____ (Signature)
COI A. Owens, 1800-0600, S/M/T
Printed Name and Title of Employee Writing Report

Lt. _____
Approved by: (Shift Supervisor, Unit Team Manager & Title)

I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.

Executed on  03/17/2023    Signature X _____

| I received a copy of this report on | MAR 1 7 2023 | | |
| --- | --- | --- | --- |
| | Date | Time | (Inmate Signature & No.) |
| I served a copy of this report on | MAR 1 7 2023 | 1040 | |
| | Date | Time | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

# DISPOSITION OF DISCIPLINARY CASE

Case no: 23-3236-JWL
Exhibit Y

| INMATE NAME & NO  # LEWIS, TONY    #98308 | CASE NO. 23-03-205 |
|---|---|

## TESTIMONY

Date & Time: 03/22/23    1200 hrs.          Hearing Officer: Lt. McCollough
Hearing begins:  Over Phone
H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing.
Offender sworn in, acknowledges that he received a copy of the DR and Summons
H/O asks offender for plea to charges Offender plead: Not Guilty
H/O receives any motions from offender: None presented written or verbal.
H/O reviews charges or amendments to charges:  Charges stand as written
H/O reviews evidence and/or video:  None
Statement: I didn't throw a punch. I was attacked.
Resident in connected case 23-03-204 states resident Lewis didn't fight back.
Due to Testimony received from connected case and R/O report only stating resident Lewis acted in self defense. The H/O finds the defendant not guilty.

Case no. 23-3236-JWL
Exhibit Y2

# Health Services Request Form

| For Medical Use Only / Sólo para uso médico | |
|---|---|
| Date Received: | 4/27/23 |
| Time Received: | 0001 |

**Print Name (Imprimir nombre):** Tony Lewis
**Date of Request:** April 26, 2023
**ID #:** 98308    **Date of Birth (Fecha de nacimiento):** Sep 1, 1989
**Housing Location (Ubicación de la vivienda):** B-151   B2-151
**Nature of problem or request (Naturaleza del problema o solicitud):** I was assaulted by my previous cellmate not too long ago and since that day I have been feeling discomfort and pain in my right knee. Sometimes I hear and feel the bone pop out of place. I need to get a MRI or x-ray to see if anything requires surgery.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presenter un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_Tony Lewis_
Patient Signature (Paciente Firma)

Place the slip in medical request box or designated area.
(Pon este articulo en la caja médica u otra área designada.)
Do not write below this area. (No escribe debajo de esta área.)

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)
**Triaged by:** _____   ☒ Routine   ☐ Urgent   ☐ Emergent
**Date:** 4/27/23    **Time:** 0001
**Date of Face-to-Face Visit:** _____
**Other:** Refused

Response Recommendation (to be completed by Medical Staff only)
**Initial**   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
**Appointment**   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
**Fee Charge**   ☐ $2.00
**Comments:** Refused 4-27-23

_Doherty_    4/27/23
Staff Signature    Date

Centurion: REC-013KS
07/01/2020


centurion

Exhibit 13  Case no. 23-3236 JWL

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name __Tony Tremayne Lewis__   Number __98308__
Facility __El Dorado Correctional__   Housing Unit __B2-151__   Work Detail __N/A__

Resubmission of Complaint.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). The issue and facts within this grievance was submitted in march of 2023 (march 18th to be exact) however, I am now resubmitting this complaint because for some odd reason I havent received that grievance back and it has been too long in waiting for a response and resolution.

On march 16, 2023 officers CSI Chastain and COI A. Owens were conducting showers for my tier. When CSI Chastain came to my door, he looked at a bed sheet hanging from the bottom bunk then said neither me nor my cellmate could take a shower. As he walked off I immediately began to tell him that the bottom bunk belonged to me - not my cellmate, but CSI Chastine ignored what I was saying.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)
Spoke with UTM Hoepner he stated If window is covered, that is a refused shower. Also CSI chastine told you to take it down you did not. This Complaint was handled by UTM Hoepner to my Knowledge.

Unit Team Signature _____   Date __10-4-23__

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)
____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.
__✓__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature __Tony Lewis__   Date __October 17, 2023__

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received __OCT 23 2023__   Date of Final Answer __OCT 25 2023__   Date Returned to Inmate _____

Inmate's Signature _____ Date _____   Unit Team Signature _____ Date _____
If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number __CA22963__
Type of Complaint (Item 4: Code 01-75) __54__
Cause of Complaint (Item 5: Code 01-30) __01__
Type of Response (Item 6a: Code 01,02,08 or 09) __08__

RECEIVED OCT 23 2023 WARDEN'S OFFICE   5E

Exhibit Y4
Case no: 23-3236-JWL B2/51

# Grievance-Response on Appeal

Issue at hand:
Assault subjected by
CSI Chastain and
Col Owens?
wanton disregard

**FACILITY:** El Dorado Correctional Facility

**INMATE:** 0098308 Lewis, Tony Tremayne

**GRIEVANCE NO.:** CA00022963

**DATE:** November 14, 2023

**FINDINGS OF FACT**

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

**CONCLUSIONS MADE**

The response rendered to the inmate by staff at the facility is appropriate. You failed to address why you are at risk. You need to follow facility rules regarding showers/freetime.

**ACTION TAKEN**

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc: Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED
NOV 22 2023
WARDEN'S OFFICE

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

*Exhibit Y4-1*
*Case no. 23-3236 JWL*

Inmate Name: **Tony Tremayne Lewis**   Facility: **EDCF**

Inmate Number: **98308**   Grievance Serial No.: **CA22963**

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections   Date Mailed: **November 8, 2023**
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) **Based on the facts of this situation, and the established law according to the 8th amendment of the Constitution, the Principal Administrator should have awarded me the administrative relief I'd requested.**
**These prison officials were well aware of a potential risk to my safety yet they refused to relocate me to another an open cell when I pleaded for them to do so.**
**Dissent to this matter will be wrong, and I suggest the S.O.C. provide me the relief I could not get from the Warden.**

Signature of Inmate: *Tony Lewis 98308*

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____   Date Sent to Inmate: _____

Finding of Fact:

**RECEIVED**
**NOV 13 2023**
DOC Facility Management Area

Conclusions Made:

Action Taken:

Signature of Secretary of Corrections: _____

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code   01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

# APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS    Exhibit Z3

Inmate Name: __Lewis Tony T.__    Facility: __El Dorado Correctional__

Inmate Number: __98308__    Grievance Serial No.: __CA22890__

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:   Kansas Department of Corrections    Date Mailed: __July 19, 2023__
714 SW Jackson
Suite 300
Topeka, KS 66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) The Principal Administrator should properly investigate the facts of the grievance herein and grant me the specific remedy I shall mention at the end of this complaint. (See attached paper for details)

$100 in commissary is wanted and should be proper resolution

_Signature of Inmate:_ Tony Lewis

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

Action Taken:

**RECEIVED**
JUL 2 5 2023
...cility Management Area

Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code    01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

Exhibit Z4
Case No: 23-3236-JWL   B2151
EPLF

# Grievance-Response on Appeal

Issue: CO1 Barker
Denied dinner -
Prison officials
refused to review
cameras

**FACILITY:**        El Dorado Correctional Facility

**INMATE:**          0098308 Lewis, Tony T.

**GRIEVANCE NO.:** CA00022890

**DATE:**            August 1, 2023

### FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

?

### CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. I spoke with UTM Lewis regarding the matter and staff tried to wake you, you should have heeded their calls.

### ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

**RECEIVED**
AUG 25 2023
**WARDEN'S OFFICE**