IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TONY TREMAYNE LEWIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 23-3236-JWL |
| **JEFF ZMUDA,** *et al.*, | ) |
| **Defendants.** | ) |

## REPORT IN "MARTINEZ VS AARON" INVESTIGATION
## CIVIL RIGHTS COMPLAINT

COMES NOW, counsel undersigned for the Kansas Department of Corrections (KDOC) and in accordance with the Court's January 31, 2024 Memorandum and Order and submits the following *Martinez* report to assist the Court in further screening the merits of Tony Tremayne Lewis's (Lewis) claims. This report is based upon affidavit testimony and official internal facility documentation available at the time of preparation. KDOC reserved the right to seek leave to supplement this report in the unlikely event additional evidence is discovered or becomes available.

On October 23, 2023 Plaintiff Lewis filed a *pro se* civil rights action pursuant to 42 U.S.C. §1983 in the United States District Court for the District of Kansas. (Doc. 1) On November 17, 2023, the Court entered a Memorandum and Order to Show Cause, granting Plaintiff an opportunity to show good cause why his action should not be dismissed. (Doc. 6) Plaintiff filed an Amended Complaint on December 13, 2023. (Doc. 7) On January 31, 2024, the Court issued an order dismissing all claims except Plaintiff's First Amendment claim and directing the preparation of a *Martinez* report on Plaintiff's First Amendment claim. (Doc. 12).

## SUMMARY OF PLAINTIFF'S FIRST AMENDMENT CLAIM

In his Amended Complaint Plaintiff alleges that his First Amendment rights were violated when KDOC enacted a revised version of Internal Management Policy and Procedure 12-120A, *Control of Resident Personal Property* on March 14, 2023. The revised policy prohibited restrictive housing residents from possessing new books, magazines, and/or newspapers and required any books, magazines, and/or newspapers possessed in restrictive housing be owned prior to a resident's entry into restrictive housing. Plaintiff complains that a book, *Battling the Administration* by David Meister, two issues of *Poets and Writers* magazine and an Edward Hamilton Bookseller catalog were not delivered to him due to the revised policy.

## INVESTIGATION

Plaintiff began his KDOC commitment on September 28, 2010 and has been housed at the Lansing Correctional Facility and El Dorado Correctional Facility (EDCF) since that date. Most recently, since August 10, 2022, Plaintiff has been housed at EDCF, where he resides today. Plaintiff's commitment was due to Riley and Geary County convictions for three counts of Rape, four counts of Aggravated Criminal Sodomy, one count of Burglary, one count of Aggravated Kidnapping, one count of Aggravated Robbery, one count of Aggravated Assault, one count of Criminal Restraint, and one count of Burglary. (Exhibit A)

### *PLAINTIFF'S RELEVANT MOVEMENT*

During the relevant time period, Lewis resided in restrictive housing from November 15, 2022 until March 12, 2024. He was placed in restrictive housing after disciplinary convictions for violations of K.A.R. 44-12-304, *Dangerous Contraband*, K.A.R. 44-12-304, *Disobeying a Direct Order*, K.A.R. 44.12.203, *Theft* and K.A.R. 44-12-323, *Assault*. (Exhibits B, C, D) On March 12,

2024, Lewis was released from restrictive housing and moved to general population, where he currently resides. (Exhibit D).

### *PROPERTY INTERNAL MANAGEMENT POLICY AND PROCEDURE*

KDOC enacts Internal Management Policy and Procedures (IMPP) that are intended to establish directives and guidelines for staff, residents, and offenders and those entities that are contractually bound to adhere to them. On March 14, 2023 IMPP 12-120A, *Control of Resident Personal Property* was revised and is the version Plaintiff complains of. (Exhibit E) On March 21, 2024 IMPP 12-120A was again revised. (Exhibit F) The language at issue is contained in Attachment J of both policy versions. The policy statement of both versions is:

> Residents incarcerated at a Department of Corrections correctional facility are permitted to possess and obtain a reasonable amount of personal property. The allowable personal property a resident can possess must not constitute a threat to the safety, order and security of the facility, staff, residents and public.

The March 21, 2024 revised version of IMPP 12-120A now allows restrictive housing residents six "Books/Magazines/Newspapers", "[f]rom publisher or vendor only but may be purchased by third parties for a resident's use". *Id.* The revised IMPP removes the requirement that "books/magazines/newspapers" be possessed prior to entering restrictive housing. *Id.*

### *LEGAL MAIL AND PROPERTY*

The book, *Battling the Administration* by David Meister, two issues of *Poets and Writers* magazine and an Edward Hamilton Bookseller catalog are not legal mail. Descriptions of the book and magazine are attached. (Exhibit G) Legal mail is processed according to IMPP 12-139D, *Facility Mailroom Procedures*. (Exhibit H) Plaintiff's legal mail was delivered to him pursuant to policy during his time in restrictive housing. Beginning April 30, 2023, IMPP 12-139D required the completion of Attachment A of the IMPP, a *Legal, Official, Privileged Mail Delivery Form*. Facility records show forty-four delivery

forms documenting the delivery of Plaintiff's various incoming legal mail from May 9, 2023 to February 28, 2024. (Exhibit I)

The publications were not censored, simply disallowed based upon current KDOC policy. Plaintiff was advised of this on June 23, 2023 by Unit Team Manager Jeremy Hoepner (Hoepner). (Exhibit J, pg. 3) Hoepner advised Plaintiff:

> Per IMPP 12-120 A. Reading materials are no longer authorized to be purchased in Restrictive Housing. That includes but is not limited to books, magazines, and newspapers. The EDCF mailroom did not supply you with a mail censorship notice, as the publication is not on the censored list. It is solely due to not being authorized in restrictive housing.

### *LIBRARY ACCESS*

Restrictive housing residents are allowed access to the EDCF facility library which contains approximately 10,000 books. (Exhibit K) KDOC IMPP 10-107D *Library Facilities, Holdings, and Services* controls library resources and services. (*Id.*, Attachment A) EDCF facility General Order (GO) 05-101 also controls library resource and services at EDCF. (*Id.*, Attachment B) GO 05-101(II)B states "[r]esidents in a restrictive housing unit shall request reading materials from the library by form 9 request". *Id.* From June of 2023 until March of 2024 Plaintiff checked out five books: *The Innocent Man, Law for Dummies, Restaurant Success, Beyond Bars: Rejoining Society After Prison*, and *Prisoners' Self-Help Litigation Manual*. (Exhibit K)

### *CONCLUSION*

Plaintiff's claims are now moot. The policy he complains of, IMPP 12-120A, has been changed and implemented throughout all KDOC facilities, effective March 21, 2024, to allow restrictive housing residents new books, magazines and/or newspapers. In addition, Plaintiff was

removed from restrictive housing and placed in general population March 12, 2024, where any restrictive housing policies would no longer apply to him.

The publications Plaintiff complains of, *Battling the Administration*, two issues of *Poets and Writers* magazine and an Edward Hamilton Bookseller catalog were not legal mail and his access to the courts was not impacted. The publications were also not censored. During his time in restrictive housing, Plaintiff regularity received legal mail from a variety of senders. Plaintiff had access to EDCF's library and checked out five books, three of which were legal in nature. Plaintiff's First Amendment claims are without merit.

Respectfully submitted,

*/s/ Laine C. Barnard*
Laine C, Barnard, KS No. 19467
Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 600-0898
Email: Laine.Barnard@ks.gov

## EXHIBIT LIST

A. KASPER Profile for Tony Tremayne Lewis

B. Disciplinary Hearing record, #22-11-149

C. Disciplinary Hearing record, #22-11-150

D. Declaration of Maria Bos, Deputy Warden

E. IMPP 12-120A, *Control of Resident Personal Property* (Effective March 14, 2023)

F. IMPP 12-120A, *Control of Resident Personal Property* (Effective March 21, 2024)

G. Publication descriptions

H. IMPP 12-139D, *Facility Mailroom Procedures*

I. Legal, Official, Privileged Mail Delivery Forms

J. Hoepner grievance response

K. Declaration of Joyce Horsch, EDCF Activity Specialist 1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing REPORT IN "MARTINEZ v. AARON" INVESTIGATION was placed in inter-facility mail this 29th day of April 2024, to:

Tony Tremayne Lewis, #98308
El Dorado Correctional Facility
El Dorado, KS 67042
Plaintiff *pro se*

/s/ Laine C. Barnard
Laine C. Barnard