Note: This is the forms sent to me from your Clerk for proper filing.

Name: Tony Tremayne Lewis (98308)

El Dorado Correctional Facility

Address: El Dorado, Kansas 67042

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Tony Tremayne Lewis, Plaintiff
(Full Name)

V.

Kansas Department of Corrections, Defendant(s)
Shawn R. Chastain; Alexander Owens; Jeff Zmuda...etc.
(being sued in their individual capacities)

CASE NO. 23-3236-JWL
(To be supplied by the Clerk)

SECOND AMENDED
CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Tony Tremayne Lewis (Plaintiff), is a citizen of Kansas (State) who presently resides at El Dorado Correctional Facility (Mailing address or place) El Dorado, Kansas 67042 of confinement.)

2) Defendant Shawn R. Chastain (Name of first defendant) is a citizen of El Dorado Kansas (City, State), and is employed as CSI Correctional Officer @ EDCF (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ✓ No ☐. If your answer is "Yes", briefly explain:

This Defendant was working for the state as a state official during the omission of each constitutional violation.

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant *Alexander Owens* is a citizen of
(Name of second defendant)

*El Dorado, Kansas*, and is employed as
(City, state)

*CSI or COII Correctional officer @ EDCF*. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

*This Defendent was a working state official during the omission of these adverse actions against the Plaintiff*

(Use the back of this page to furnish the above information for additional defendants.)

*See back of page for additional Defendents*

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

*During the years of 2021-2023 this Plaintiff was retaliated against and harassed through unconstitutional adverse actions. He comes now compling those (additional) consolidated claims in this 1983 Bivens Section*

## Additional Defendants

Defendents:

3. Darcie Holthaus was/is the Secretary of Corrections designee employed by the Kansas Dept of Corrections. She was responsible for rectifying any and all adverse actions committed against any inmate under her custody.

4.) Respondent - Jeff Zmuda is the Secretary of Corrections for the Kansas Department of Corrections. He is responsible for the well being of my federal rights as an inmate under his care and supervision.

5. Respondent - Isaiah J.O. Barker is a Correctional officer employed by the "KDOC", who at all times mentioned in this complaint held the rank of COI and was assigned to EDCF. He was responsible for providing adequate care to all inmates.

6.) Respondent - Jeremy L. Hoepner is an "unit team manager" employed by "KDOC", who at all times mentioned in this complaint held the rank UTM and was assigned to EDCF. He is responsible for using impartial methods during the grievance's fact finding process and for ensuring all inmates under his supervision are not mistreated.

7.) Defendant - The [Kansas Department of Corrections] (as a 'governmental entity') liability of the Kansas Department of Corrections is governed by the "vicarious-liability" claim

C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count 7: The Plaintiff's federal rights under the 8th, 14th and the 1st Amendments of the United States Constitution were violated. These adverse actions stemmed from an assault prison officials subjected the Plaintiff to.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

(See attached document)

B) (1) Count 8: The Plaintiff's 1st, 8th, and 14th amendments of the United States Constitution were violated, when the Plaintiff was denied adequate dinner and remedy was not given as he requested

(2) Supporting Facts: See additional facts on attached document

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                3

C) (1) Count III: _The Plaintiff's federal rights were violated by the (Kansas Department of Corrections) on multiple occassions_

(2) Supporting Facts: _See attached document for reasons of KDOC's liability_

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐  No ☑ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b) Name of court and docket number _____

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_all administrative relief attempts were denied for erroneous_
_reasons._

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_Injunctive relief_
_Compensatory damages_
_nominal damages and Punitive damage_

_____N/A_____                 _____Tony Leun #98308_____
Signature of Attorney (if any)                 Signature of Plaintiff

_The appointment of Counsel is needed_
(Attorney's full address and telephone number)

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983                    5