# DISPOSITION OF DISCIPLINARY CASE

*Case no: 23-3236-JWL*
*Exhibit Y*

| INMATE NAME & NO  # LEWIS, TONY    #98308 | CASE NO.  23-03-205 |
|---|---|

## *TESTIMONY*

| |
|---|
| Date & Time:  03/22/23    1200 hrs.                    Hearing Officer: Lt. McCollough |
| Hearing begins:  Over Phone |
| H/O reads report into record, reviews summons, time limits of receipt, and witness list, all of which are in order to proceed with hearing. |
| Offender sworn in, acknowledges that he received a copy of the DR and Summons |
| H/O asks offender for plea to charges Offender plead: Not Guilty |
| H/O receives any motions from offender: None presented written or verbal. |
| H/O reviews charges or amendments to charges:  Charges stand as written |
| H/O reviews evidence and/or video:  None |
| Statement: I didn't throw a punch. I was attacked. |
| Resident in connected case 23-03-204 states resident Lewis didn't fight back. |
| Due to Testimony received from connected case and R/O report only stating resident Lewis acted in self defense. The H/O finds the defendant not guilty. |

Page 2 of 3, Attachment L, IMPP 11-119
Effective:  12-11-13

| INMATE NAME & NO   # 98308    LEWIS, TONY | CASE NO. 23-03-205 |
|---|---|

☐ Witness(es) Sworn In/Affirmed   _____   _____

_____   _____   _____

**Witness(es) Testimony / Cross Examination (Attach Testimony)**

**Closing Statement(s):  (Attach Arguments)**

**If applicable include inmate's testimony/ arguments on restitution**

Sanction(s): ___301- Not Guilty_____  -_____

_____  -_____

_____  -_____

Reason for Sanctions: _____Sentence Guidelines_____

Disposition of Evidence: _____N/A_____

☒   Inmate advised of right to Appeal,        Inmate Initial  _Advised_____

| HEARING OFFICER SIGNATURE      Lt. McCollough | DATE:_____03/22/23_____ |
|---|---|

FINAL ACTION BY FACILITY WARDEN:                          *Tcu 4/4/2023*
☑ APPROVED                                            ☐  REDUCE TO SUMMARY JUDGMENT
☐ REINSTATE DISMISSED CHARGES; REMAND NEW HEARING     - restriction from privileges up to 10 days
☐ AMEND THE CHARGE                                    - fine not to exceed $10.00
☐ DISAPPROVE/DISMISS                                  - extra work w/o incentive pay for no more
☐ REDUCE THE PENALTY                                    than 2 hrs/day no more than 5 days
☐ SUSPEND ALL OR PART OF SENTENCE                     - work w/o incentive pay not to exceed 5 days
☐ REMAND NEW HEARING                                  - restitution not less than $3.00 or more than
☐ CLARIFICATION OF RECORD                               $20.00

Comments: _____

_____*m B∞*_____        _____*4/4/2023*_____
        WARDEN/DESIGNEE SIGNATURE                DATE

I received a Copy of the Hearing Record and understand I have 15 days to Appeal this decision.

                                                          APR 0 6 2023
_____
INMATE SIGNATURE                                          DATE

**I served a copy of the Hearing Record**

_____*Catt JSeat*_____                                    APR 0 6 2023
STAFF SIGNATURE                                           DATE

Technical and clerical errors in the writing and/or processing of the Disciplinary Report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to prove. Pursuit to K.A.R 44-13-707. Harmless error; Plain error.

# DISCIPLINARY REPORT

Attachment B, IMPP 11-119
Effective: 12-11-13

**El Dorado Correctional Facility**
(FACILITY)

*Case no: 23-3236-JWL*

*Exhibit Y1*

| | | | |
|---|---|---|---|
| Case No. 23-03-205 | Date of Alleged Violation: 03/16/23 | Time: 2028 | ☐ A.M. ☒ P.M. |
| Date This Report Written: 03/17/23 | | Time: 0030 | ☒ A.M. ☐ P.M. |

| | | | |
|---|---|---|---|
| Name of Inmate: | **LEWIS** **TONY** | No.: | **#98308** |
| | LAST FIRST MI | | |
| Duty Assignment: | N/A | Cell No.: | B2-151 |

**Alleged Violation of Law or Rule** *(Identify by Code No., Short Title, and Class)* 44-12-301, Fighting, Class I.

**FACTS:** On March 16, 2023 at approximately 2028, I COI Owens conducted med pass in B2. While waiting near cell 139, I heard what sounded like banging and sounds of impact in cell 151. As I approached the cell, I could see Offender Briscoe #66034 in a struggle, striking offender Lewis #98308 who was pressed against the cell door, covering his face and attempting to push offender Briscoe away. I gave the offenders an order to stop to which they complied, and I restrained both offenders. I am charging Offender Lewis with 44-12-301, Fighting, a Class I Offense.

*10 days to reply - March 31st 2023*

# 237499842

Staff Witness:   E form 9 to Hussey

# 237511652 - E form 9 to Perkins

(Attach Additional Sheet(s) if necessary)

X _____
(Signature)
COI A. Owens, 1800-0600,
S/M/T

Printed Name and Title of Employee Writing Report

_____
Approved by: (Shift Supervisor, Unit Team Manager & Title)

*I declare (or verify, certify, or state) under penalty of perjury under the laws of the State of Kansas that the foregoing is true and correct.*

Executed on   03/17/2023

Signature X _____

| | | |
|---|---|---|
| I received a copy of this report on **MAR 1 7 2023** , | | |
| Date | Time | (Inmate Signature & No.) |
| I served a copy of this report on **MAR 1 7 2023** , 1040 | | |
| Date | Time | (Signature of Officer or Unit Team Manager & Title) |

*Technical and clerical errors in the writing and/or processing of the Disciplinary report shall not be grounds for dismissal, unless there is substantial prejudice to the inmate, which is the burden of the inmate to provide. Pursuit to K.A.R. 44-13-707. Harmless error; Plain error.*

*Case no. 23-3236-JWL*
*Exhibit Y2*

# Health Services Request Form

| For Medical Use Only |  |
| --- | --- |
| Sólo para uso médico | |
| Date Received: | 4/27/23 |
| Time Received: | 0001 |

Print Name (Imprimir nombre): Tony Lewis

Date of Request: April 26. 2023

ID #: 98308          Date of Birth (Fecha de nacimiento): 0001 1989

Housing Location (Ubicación de la vivienda): B 151    B2-151

Nature of problem or request (Naturaleza del problema o solicitud): I was assaulted by my previous cellmate not too long ago and since that day I have been feeling discomfort and pain in my right knee. Sometimes I hear and feel the bone pop out of place. I need to get a MRI or X-ray to see if anything requires surgery.

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuerdo en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

*Tony Lewis*
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____    ☐ Routine   ☐ Urgent   ☐ Emergent

Date: 4/27/23          Time: 0001

Date of Face-to-Face Visit: _____

Other: Refused

Response Recommendation (to be completed by Medical Staff only)

| Initial Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| --- | --- | --- | --- | --- | --- | --- |
| | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00

Comments: Refused 4-27-23

_____        4/27/23
Doherty
Staff Signature              Date

Centurion: REC-013KS
07/01/2020



Exhibit 15   Case no: 23-3236-JWL

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name  Tony Tremayne Lewis                     Number  98308

Facility  El Dorado Correctional     Housing Unit  B2-151     Work Detail  N/A

Re Submission of Complaint.

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMEN-TATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). The issue and facts within this grievance was submitted in ~~april~~ march of 2023 (~~april 12~~ march 18th to be exact) however, I am now resubmitting this complaint because for some odd reason I havent received that grievance back and it has been too long in waiting for a response and resolution.

On ~~april~~ March 16, 2023 officers CSI Chastain and COIA Owens were conducting showers for my tier. When CSI Chastain came to my door, he looked at a bed sheet hanging from the bottom bunk then said neither me nor my cellmate could take a shower. As he walked off I immediately began to tell him that the bottom bunk belonged to me - not my cell-mate, but CSI Chastine ignored what I was saying.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

---

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

Spoke with UTM Hoepner he stated It window is covered, that is a refused shower. Also CSI chastine told you to take it down you did not. This complaint was handled by UTM Hoepner to my knowledge.

Unit Team Signature                           Date  10-4-23

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

___✓___ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature  Tony Lewis                          Date  October 17, 2023

---

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received  OCT 23 2023     Date of Final Answer  OCT 25 2023     Date Returned to Inmate _____

_____   _____
Inmate's Signature          Date      Unit Team Signature          Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number  CA22963

Type of Complaint (Item 4: Code 01-75)  54

Cause of Complaint (Item 5: Code 01-30)  01

Type of Response (Item 6a: Code 01,02,08 or 09)  68     3E

RECEIVED
OCT 23 2023
WARDEN'S OFFICE

my cellmate (offender Briscoe #66034) became very upset, and for several mintues I stood at the door while my cellmate threatened to harm me if I couldnt get the officers attention so they could allow him to shower. Be advised, me and my cellmate were funky, for noone had showered in 3 days.

My cellmate and I pushed the emergency button in our cell, to gain help from the officer in the control booth, and shortly afterward CSI Chastain and COI A. Owens came back and asked what we wanted. My cellmate, was livid as he explained to COI A. Owens his right to shower should not be taken away due to something I had done. We both stressed to them that was not proper policy and in fact what CSI Chastain was doing was creating a hostile enviorment between my cellmate and I. And it was then that my cellmate expressed intention to fight me if he did not shower. Hearing that, and seeing him ball up his fist toward me COI A. Owens and CSI Chastain simply stood there as if they wanted to see some action. I, however grew very nervous and approached the door, and told both officers that I needed to be moved because I no longer felt safe in the cell with inmate Briscoe - espically considering the fact that none of them were going to allow Briscoe a shower; there were places I couldve went. CSI Chastain and COI Owens refused to seperate me from my cellmate, and mintues later as COI A. Owens conducted pill pass I began to be punched and kneed by my cellmate. I screamed for help, and shortly later COI A. Owens ordered Inmate Briscoe to stop assaulting me.

As I was being accessed by the nurse Thompson and the other officer Owens, the nurse noticed my lip was bleeding.

I was put back in cell 151, and as some unspoken form of punishment I was stripped of all my property and legal mail for approx 5 days. I was given a DR for fighting, however I was found Not Guilty of the charge.
    See disciplinary case no: 23-03-205

It is undisputable - CSI Chastain's and COI A. Owen's disregard to my safety was a violation of the 8th Amendment and also prison policy. Those officers had a duty to shower inmate Briscoe, and they also had a duty to keep me away from the risk of obvious harm which was coming my way.

Because I was affected how I was, I am requesting that the Warden award me 150$ in commissary as a remedy for the wrong done. I want majority food items.

Failure to give the proper remedy for my injury shall subject you and others to being sued in a 1983 Bivens action, where I will seek a very large punitive damage award of approx 50,000$ I hope, for the sake of KDOC that you make the right decision in this matter.

**DO NOT WRITE BELOW THIS LINE**

Exhibit Y4
Case no: 23-3236-JWL B2151

Issue at hand:
Assault subjected by
CSI Chastain and
COI Owens
wanton disregard

# Grievance-Response on Appeal

**FACILITY:**      **El Dorado Correctional Facility**

**INMATE:**      **0098308 Lewis, Tony Tremayne**

**GRIEVANCE NO.:**  CA00022963

**DATE:**       November 14, 2023

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. You failed to address why you are at risk. You need to follow facility rules regarding showers/freetime.

## ACTION TAKEN

None further.

_____

**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED

NOV 22 2023

WARDEN'S OFFICE

Exhibit Y4-1
Case no. 23-3236 JWL

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: _Tony Tremayne Lewis_    Facility: _EDCF_

Inmate Number: _98308_    Grievance Serial No.: _CA22963_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections    Date Mailed: _November 8, 2023_
714 SW Jackson
Suite 300
Topeka, KS 66603

---

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) _Based on the facts of this situation, and the established law according to the 8th amendment of the Constitution, the Principal Administrator should have awarded me the administrative relief I'd requested._
_These prison officials were well aware of a potential risk to my safety yet they refused to relocate me to another an open cell when I pleaded for them to do so._
_Dissent to this matter will be wrong, and I suggest the SOC provide me the relief I could not get from the Warden._

_Tony Lewis 98308_
Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____    Date Sent to Inmate: _____

Finding of Fact:

**RECEIVED**

Conclusions Made:

NOV 13 2023

DOC Facility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

| **For D.O.C. Staff Use Only** |
| Type of Response (Item 6b:  Code    01, 02, 08 or 09) _____ |

DC 090, Effective May 21, 2014