Exhibit Z

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name  Lewis, Tony (Tremayne)                     Number  0098308

Facility  El Dorado Correctional Facility    Housing Unit  B2-151    Work Detail  N/A

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).  This grievance is about an officer, by the name of Barker, who deprived me of the right to receive the dinner tray which was distributed and accessible/served to all cellhouses at El Dorado Correctional Facility. On June 6, 2023 a aprox 3:45 the meals came and was passed out. As I slept in my bed, Officer Barker did not wake me up to give me my dinner; Yet woke me up to collect the tablet some hours later, after dinner was served and sent back to the prisons kitchen. When I confronted Officer Barker about my dinner and why I wasnt alerted out of sleep about supper, the officer Barker lied by saying he stopped at my door and asked if I wanted dinner but moved along when I didnt respond. Even if that claim was truth, officer Barker had a duty to make sure I physically acknowledged him in regard to the arrival of meals; He did not do this. All evidence of this situation shows that officer Barker conducted his job poorly, due to negligence. The cameras will show officer Barker pass by my cell without telling me dinner was there. He did not open my food door and place my dinner on my beanhole. He did not rap on the door and announce himself, and in addition to that he didnt

Date this report was given to Unit Team for informal resolution (to be completed by inmate).  6/6/2023

---

## UNIT TEAM RESPONSE (Complete and return to inmate within 10 calendar days.)

X See Attached X.

_____  UTM  6/23/23
Unit Team Signature                Date

## INMATE RESPONSE (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

✓ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Tony Lewis                                    June 26, 2023
Inmate Signature                              Date

---

## `WARDEN RESPONSE (Complete, attach response and return within 10 Working days.)

Date Received  JUN 3 0 2023    Date of Final Answer  JUL 1 0 2023    Date Returned to Inmate  July 14, 2023

_____     July 14, 2023    Unit team neglected to sign    July 14th
Inmate's Signature        Date        Unit Team Signature              Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

---

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number                    CA22890        RECEIVED

Type of Complaint (Item 4: Code 01-75)     54             JUN 3 0 2023

Cause of Complaint (Item 5: Code 01-30)    01             WARDEN'S OFFICE

Type of Response (Item 6a: Code 01,02,08 or 09)    08    SE



Exhibit Z1   *Case no: 23-3236-JWL*

**KANSAS**

Landori State Office Building
900 SW Jackson, 4th Floor
Topeka, KS 66612

phone: (785) 296-3317
fax: (785) 296-0014
kdocpub@doc.ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary of Corrections

Department of Corrections

Laura Kelly, Governor

**TO: Lewis, Tony #98308 B2-151**                          **DATE: 6/23/2023**

**SUBJECT: Grievance**                                     **FROM: Jeremy Hoepner**
                                                           **Unit Team Manager B Cell House**

**FINDINGS OF FACT:**    You filed a Grievance reporting on 6/6/2023 COI Barker denied your evening meal by refusing to wake you up for your meal.

**CONCLUSIONS MADE:**   I spoke to COI Barker about your claim. He reports that on 6/6/203, while delivering the evening meals on the B2 side. He stopped by your cell in B2-151, and initially knocked on your cell door, and stated "Meals." COI Barker then stated he opened the food pass on your cell door, and stated "Lewis do you want your tray?" COI Barker goes on to report you failed to respond to his requests but could tell you were sleeping as he could see your chest rising up on down.

*nor call my name*

*To Warden:* *The camera will not show Barker open my food pass. He is lying. Review the camera and provide me with the resolution I requested.*

**ACTION TAKEN:**   COI Barker did state you woke up while he was picking up the dinner trays, and he had planned on giving you your dinner tray. However, you became argumentative and threatening towards him. Therefore, he made the decision to count that as a meal refusal based on your behavior. Part of your receiving your daily meals is your responsibility. Most of the time, meals come down to the cell house at the same time each day. You have been in your current cell location, since 12/22/2022. As a result, you are familiar with the daily routine within the cell house. No further action required at this time.

*The camera will show Barker walk completely pass my cell door.*

Jeremy Hoepner, Unit Team Manager BCH

**CC: Resident**

Appeal of Denied Grievance

Serial number: CA22890

inmate: Tony T Lewis 98308

Exhibit Z2

case no: 23-3236-JWL

In regard to my grievance (CA22890) this "~~People~~ Principal Administrator" needs to see that the fact-finder did not remain impartial, and that fact reflects from his lack of care to properly investigate the wrong which was done to me, at the hands of his co-worker - COI Barker.

On June 6ᵗʰ 2023 I was in my cell in B cellhouse, taking a nap upon the arrival of the last meals of the day. When I awoke, I heard dinner trays being collected and banged empty against the inside of trash bins. I noticed that the officer collecting the trays was not working in the unit before I fell into a slumber. The officer I speak of, is Mr. Barker.

Because I wasn't awakened and asked if I wanted my dinner tray I become upset and asked COI Barker about my meal. COI Barker lied to me, by fabricating he attempted to wake me up but I refused to answer him, and because so he skipped me on dinner.

Because that was not the truth, I filed a grievance addressing the situation, and due to the law I explained that I was entitled to be compensated for COI Barker's reckless carelessness. What I requested, as a form of resolution was simply an extra portion of food - specifically on Sunday (pancake day).

My Grievance was denied by my Unit team manager (J. Hoepner) without him first doing what I'd requested — and that was review the security footage from my unit.

COI Barker told the grievance's fact finder that upon passing out dinner, and reaching my door, that he "opened my food pass," and as he did so asked me if I wanted my tray. COI Barker went further on to testify that when I failed to wake up he interpretated that to mean I did not want to enjoy the nutrients of that tray. (the meal)

J. Hoepner (the fact finder) did not review the camera, but simply took COI Barker's word to be "golden and according to proper policy." If the camera would have been reviewed, the fact finder would have saw that COI Barker did not stop at my cell and open my food pass as he conducted meal pass, but instead bypassed my cell, as if it were some area officers should never haunt.

Because of this, the fact finder became something other than impartial. Not only did he refuse to review the camera but he also neglected his duty to address the violation of policy COI Barker admitted to committing. See IMPP 20-101 (A) Each inmate has the right to receive the same meals. Also ⋯

According to proper policy, when an inmate is unresponsive upon meal pass the officer has a duty to make sure they awake and verbally ~~express~~ confirm a refusal of meals. And whenever an inmate fails to awake and speak, that officer should always make the effort to alert the prison's medical department.

The fact finder and the Warden can access the security footage, yet they both did not care to look for the truth. The fact finder and the Warden are both well aware of how an officer shall conduct themselves during a meal pass in a seg unit, yet both cared less to admonish and discipline COI Barker for not making sure I wasn't in some comatosed sleep, or worse dead.

As an inmate, I have a constitutional right to be treated fairly and to have my ~~grievances~~ grievances properly investigated; and due to the facts herein it will be undisputable that those particular rights were grossly violated.

Because of the law, and what I can win in a 1983 Bivens civil suit for this tort which deprived me food, I am requesting a new resolution of remedy. I want the Principal Administrator Secretary of corrections to order KDOC to award me 100$ me worth of commissary items (all food) being that it was a meal I was bullied out of, at the hands of an KDOC officer.

## APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS       Exhibit Z3

Inmate Name: _Lewis Tony T._                              Facility: _El Dorado Correctional_

Inmate Number: _98308_                    Grievance Serial No.: _CA22890_

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO:    Kansas Department of Corrections         Date Mailed: _July 19, 2023_
            714 SW Jackson
            Suite 300
            Topeka, KS  66603

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) The Principal Administrator should properly investigate the facts of the grievance herein and grant me the specific remedy i shall mention at the end of this complaint. (See attached paper for details)

$100 in commissary is wanted and should be proper resolution

_Tony T Lewis_

Signature of Inmate

---

**DECISION BY SECRETARY OF CORRECTIONS** (to be completed and returned with 20 days)

If applicable – Confidential File No. _____

Date Received in Office of Secretary of Corrections: _____

Date of Final Answer: _____         Date Sent to Inmate: _____

Finding of Fact:

Conclusions Made:

RECEIVED

JUL 2 5 2023

...ility Management Area

Action Taken:

_____
Signature of Secretary of Corrections

---

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code      01, 02, 08 or 09) _____

DC 090, Effective May 21, 2014

Exhibit Z4

CASE NO: 23-3236-JWL

B2151

EPUFv

# Grievance-Response on Appeal

Issue: COI Barker
Denied dinner –
Prison officials
refused to review
cameras

**FACILITY:**      **El Dorado Correctional Facility**

**INMATE:**      **0098308 Lewis, Tony T.**

**GRIEVANCE NO.:**  **CA00022890**

**DATE:**       **August 1, 2023**

## FINDINGS OF FACT

The response provided to the inmate by staff at the facility is incorporated herein by reference and made part of this response.

On appeal, the inmate offers no evidence or argument that suggests that the response rendered by staff at the facility is wrong.

?

## CONCLUSIONS MADE

The response rendered to the inmate by staff at the facility is appropriate. I spoke with UTM Lewis regarding the matter and staff tried to wake you, you should have heeded their calls.

## ACTION TAKEN

None further.

_____
**Darcie Holthaus**
**SECRETARY OF CORRECTIONS DESIGNEE**

cc:   Warden Williams
Image: SOCRESP w/attachments

The original response on appeal and all attached documents were mailed to the inmate by way of United States Mail on _____.

RECEIVED

AUG 25 2023

WARDEN'S OFFICE

Exhibit Z5
Case no: 23-3236-JWL



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary
Tommy Williams, Warden

Laura Kelly, Governor

Date:    JUL 1 0 2023

To:    Lewis, Tony #98308 B2-151

Subject: Grievance not dated, CA22890

Findings of Facts:  Your grievance was received and a review into your allegations has been completed.

Conclusion Made:  After a review of the applicable documentation, it was determined the response provided by UTM J. Hoepner is appropriate regarding your issues.

Action Taken:  Appropriate steps have been taken to ensure the process has been properly followed.

Pursuant to K.A.R. 44-15-102 (3) (B), you may appeal this answer by submitting the appropriate form to the Secretary of Corrections by mail.

Tommy Williams, Warden
El Dorado Correctional Facility

Cc: file
    Offender
    UTM J. Hoepner