# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

TONY TREMAYNE LEWIS,

            **Plaintiff,**

v.     Case No. 23-3236-JWL

JEFF ZMUDA, DAVID C. FERRIS, DARCIE HOLTHAUS, PHILLIP C. MARLEY, MARIA G. BOS, SHAWN R. CHASTAIN, ALEXANDER OWENS, JARRIS J. PERKINS, BRIAN M. BUCHHOLZ, JEREMY L. HOEPNER, ISAIAH J.O. BARKER, TOMMY WILLIAMS, BRETT A. SISSELL, JESSICA RAMSDELL and KANSAS DEPARTMENT OF CORRECTIONS,

            **Defendants.**

## JUDGMENT IN A CIVIL CASE

**( )   JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(x)   DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this matter is dismissed for failure to state a claim upon which relief may be granted.

Entered on the docket 07/11/24

**Dated:   July 11, 2024**     SKYLER B. O'HARA
                                                CLERK OF THE DISTRICT COURT

                                                **s/S. Nielsen-Davis**
                                                **Deputy Clerk**