IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Tony T. Lewis (98308)
Plaintiff

v.

Jeff Zmuda aka
~~Kansas~~ "Secretary of Corrections for KDOC"
Defendants

Case No: 5:23-CV-3236-JWL

### Plaintiff's Notice of Appeal
### (And) Request for Steps and Rules for Appealing 1983 Dismissals

I, Tony Tremayne Lewis, am wanting to promptly appeal the dismissals this court rendered, on July 11, 2024, with respect to the severe claims within my case no 5:23-CV-3236-JWL.

I strongly believe this court disregarded much law when it dismissed the issues I attempted to seek rectification through, in regard to the cruel treatment I've alleged committed by more than a few KDOC prison officials; and because so, I need this court to acknowledge [this effort] to gain a reversal from the Court of Appeals.

I (Plaintiff) am a Pro Se prisoner and I have very little knowledge about the rules and procedures pertaining to appealing the dismissals I received.

It would be necessary assistance of the court to provide me with any and all forms and instructions about appealing this

court's erroneous decisions within my 1983 section claim.
The Plaintiff will also be needing information about how to be appointed appeallant counsel.
I (Plaintiff) asks of this request, and files this NOTICE OF APPEAL in good faith.

Respectfully submitted
Plaintiff; Tony J. Lewis 98808

*Tony*