Case 5:23-cv-03236-JWL   Document 35   Filed 09/05/24   Page 1 of 1

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
444 S.E. QUINCY, ROOM 490
TOPEKA, KANSAS 66683

OFFICIAL BUSINESS

FILED
SEP 05 2024
Clerk, U.S. District Court
By: _____ Deputy Clerk

23-3236-JWL Doc. 34

KANSAS CITY 640
22 AUG 2024 PM 5 L



quadient
FIRST-CLASS MAIL
IMI
$000.69
08/22/2024 ZIP 66683
043M31223333
US POSTAGE

**RETURN TO SENDER**
*Resident Refused*

NIXIE        672    DC 1           0008/30/24
            RETURN TO SENDER
                 REFUSED
            UNABLE TO FORWARD

BC: 66683358799          *1860-04874-30-23

SPECIAL MAIL