IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TONY TREMAYNE LEWIS,

    **Plaintiff,**

    v.                            CASE NO. 23-3236-JWL

JEFF ZMUDA, et al.,

    **Defendants.**

**O R D E R**

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed *in forma pauperis*. (*See* Doc. 4.) On July 11, 2024, the Court entered a Memorandum and Order dismissing this case for failure to state a claim. (Docs. 27, 28). Plaintiff filed a Notice of Appeal (Doc. 29) on July 16, 2024. This matter is before the Court on Plaintiff's motion for leave to appeal in forma pauperis (Doc. 33).

On August 22, 2024, the Court entered an Order to Show Cause (Doc. 34) ("OSC"), granting Plaintiff until September 4, 2024, in which to show good cause why his motion for leave to appeal in forma pauperis should not be denied for failure to state the issues that he intends to present on appeal. *See* 28 U.S.C. § 1915(a)(2). The Court's OSC provides that "Plaintiff must remedy these deficiencies before the Court may rule on the instant motion." (Doc. 34, at 2.)

Plaintiff has failed to provide the information required by Fed. R. App. P. 24(a) and 28 U.S.C. § 1915(a)(2). Plaintiff has also failed to show good cause why the motion to proceed on appeal in forma pauperis should not be denied for failure to provide this required information as set forth in the OSC.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for leave to appeal in forma pauperis (Doc. 33) is **denied.** Plaintiff may seek leave to appeal in forma pauperis in the Tenth Circuit Court of Appeals.

Copies of this order shall be transmitted to Plaintiff and to the Clerk of the U.S. Court of Appeals for the Tenth Circuit.

**IT IS SO ORDERED**.

**Dated September 9, 2024, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
