FILED
United States Court of Appeals
Tenth Circuit

August 25, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

TONY TREMAYNE LEWIS,

    Plaintiff - Appellant,

v.

JEFF ZMUDA, a/k/a Jeffery Zmuda; DARCIE HOTHAUS; SHAWN R. CHASTAIN; ALEXANDER OWENS; JEREMY L. HOEPNER; ISAIAH J.O. BARKER; KANSAS DEPARTMENT OF CORRECTIONS,

    Defendants - Appellees.

No. 24-3098
(D.C. No. 5:23-CV-03236-JWL)
(D. Kan.)

_____

**ORDER**
_____

Before **PHILLIPS**, **MURPHY**, and **CARSON**, Circuit Judges.
_____

    This matter is before the court on the appellant's Motion to Reconsider Order and Judgment, which we construe as a petition for rehearing filed pursuant to Federal Rule of Appellate Procedure 40. This document was not filed before the deadline in Rule 40 expired, so it was untimely. *See* Fed. R. App. P. 40(d)(1) But the appellant later filed a letter explaining that he did not receive the court's decision in this matter until after the rehearing deadline expired and asking the court to consider his untimely petition. Having carefully considered the appellant's request to consider his untimely petition, the petition, and the filings in this appeal, we direct as follows:

The appellant's request to consider his untimely petition for rehearing is granted. The clerk is directed to file the petition for rehearing as of the date it was received.

We note that the mandate issued on May 20, 2025. In order for the court to consider and decide the petition for rehearing, the mandate is recalled.

The petition for rehearing is denied. *See* Fed. R. App. P. 40.

The clerk is directed to reissue the mandate promptly.

                    Entered for the Court

                    CHRISTOPHER M. WOLPERT, Clerk